UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANNEISIA BULLEN,

          Plaintiff,

-v-

EQUIFAX INFORMATION SERVICES, LLC,

          Defendant.

CIVIL ACTION NO.: 22 Civ. 1322 (VSB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The parties having advised the Court that they have reached a settlement in principle (ECF No. 24), the telephone conference scheduled for Tuesday, May 17, 2022 at 3:00 pm is hereby CANCELLED.

Dated:    New York, New York
            May 13, 2022

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**